(85 South. 233)

No. 24050.

## G. A. KENNEDY & BRO. v. FARMERS' WAREHOUSE.

(May 31, 1920. Rehearing Denied June 30, 1920.)

*(Syllabus by Editorial Staff.)*

Prohibition ⬤⟳3(2)—Not granted where matter reviewable on appeal.

Writ of prohibition will not be granted to prevent trial court from proceeding with case after having granted new trial, on application made after expiration of the period within which a new trial may be applied for; the matter being reviewable on appeal.

Action by G. A. Kennedy & Bro. against the Farmers' Warehouse. Default judgment for plaintiffs was set aside by the court on motion for new trial, and plaintiffs apply for writs of prohibition, certiorari, and mandamus. Application denied.

Smith & Carmouche, of Crowley, for applicants.

P. S. Pugh, of Crowley, for respondent.

PROVOSTY, J. The relators apply for a writ of prohibition to prevent the trial judge from proceeding further in the case.

The relators allege that the trial judge granted a new trial after the legal delay within which a new trial may be applied for had expired, and asks for a writ of prohibition to have the said action of the trial judge annulled, and all further proceedings stayed.

The matter is reviewable on appeal; therefore the relators' application is denied, with costs.